UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeANDRE ROBINSON,<br><br>           Plaintiff,<br><br>     v.<br><br>KELLI OWENS, et al.,<br><br>           Defendants. | No. 2:20-cv-0975 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On screening plaintiff's complaint, this court found plaintiff stated a potentially cognizable claim against defendant Owens for deliberate indifference to his serious medical needs in violation of the Eighth Amendment.  This court further found that plaintiff failed to state claims against the remaining defendants.  (ECF No. 7.)  Plaintiff was given the option of proceeding on his claim against Owens or amending his complaint.  Plaintiff has chosen to proceed on his Eighth Amendment claim against Owens and recognizes that his remaining claims and defendants will be dismissed.[1]  (ECF No. 10.)

Accordingly, the Clerk of the Court is HEREBY ORDERED to randomly assign a district judge to this case.

---

[1] By separate order, this court will order service of the complaint on defendant Owens.

1

Further, IT IS RECOMMENDED that plaintiff's claims against defendants Ponder, Sullivan, and Gates be dismissed and this case proceed solely on plaintiff's claim that defendant Owens was deliberately indifferent to his serious medical needs in violation of the Eighth Amendment.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 8, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/robi0975.scrn fr